IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GEREMY TERRILL NANCE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CASE NO. 2:21-CV-314-WKW |
| | ) |
| DAVID F. GOLSON, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## ORDER

On March 14, 2022, the Magistrate Judge filed a Recommendation (Doc. # 35) to which no timely objections have been filed. Upon an independent review of the record and upon consideration of the Recommendation, it is ORDERED as follows:

1. The Magistrate Judge's Recommendation (Doc. # 35) is ADOPTED.

2. This case is DISMISSED without prejudice.

A final judgment will be entered separately.

DONE this 6th day of April, 2022.

       /s/  W. Keith Watkins
UNITED STATES DISTRICT JUDGE